

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| L & A TRAIL, INC. | CIVIL ACTION NO. 07-0439 |
| -vs- | JUDGE DRELL |
| HAUGHTON TIMBER CONTRACTORS, INC. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For written reasons given this date, IT IS ORDERED that the motion to remand (Doc. # 7) is GRANTED, and this matter is REMANDED to the Tenth Judicial District Court, Natchitoches Parish, Louisiana.

SIGNED on November 21st, 2007 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

4